IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**SUSAN BAXTER**, **on behalf of herself**  **PLAINTIFFS**
**and all others similarly situated**

v.   CASE NO. 1:19-CV-00069-BSM

**INDEPENDENCE COUNTY,** *et al.*  **DEFENDANTS**

## ORDER

Pursuant to Administrative Order 11, the trial date is continued. A new scheduling order shall issue.

IT IS SO ORDERED, this 6th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE