# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**SUSAN BAXTER,** *et al.*                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 1:19-CV-00069-BSM**

**INDEPENDENCE COUNTY,** *et al.*                                            **DEFENDANTS**

## ORDER

The parties' joint motion to cancel today's settlement conference [Doc. No. 70] is granted because the parties have resolved their dispute. The parties are directed to move to dismiss or file a status update by February 22, 2022.

IT IS SO ORDERED this 2nd day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE